JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN, | ) Case No. CV 26-3694 FMO (ACCVx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| YOON JONG LEE, | ) |
| Defendant. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of May, 2026.

/s/
Fernando M. Olguin
United States District Judge